**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cr-80003-Middlebrooks/Matthewman

**18 U.S.C. § 2423(a)**

**UNITED STATES OF AMERICA**

v.

**RONALD ALAN FRANKEL,**

    **Defendant.**

_____/

FILED BY _SP_ D.C.

JAN 08 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

Beginning on or about January 31, 2025, and continuing through on or about February 2, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RONALD ALAN FRANKEL,**

did knowingly transport an individual who had not attained the age of 18 years in interstate commerce, with the intent that such individual engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE ALLEGATIONS

1.    The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **RONALD ALAN FRANKEL**, has an interest.

2.    Upon conviction of a violation of Title 18, United States Code, Section 2423, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such

violation and any property, real or personal, constituting or derived from any proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 2428.

All pursuant to Title 21, United States Code, Section 2428, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461.

A TRUE BILL

*Adam C. McMichael*   for

_____
FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.:** 26-cr-80003-Middlebrooks/Matthewman

v.

RONALD ALAN FRANKEL

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**

**Court Division** (select one)

- ☐ Miami   ☐ Key West   ☐ FTP
- ☐ FTL     ☑ WPB

New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect:_____

4.  This case will take __3__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)
    - I   ☑ 0 to 5 days
    - II  ☐ 6 to 10 days
    - III ☐ 11 to 20 days
    - IV  ☐ 21 to 60 days
    - V   ☐ 61 days and over

    (Check only one)
    - ☐ Petty
    - ☐ Minor
    - ☐ Misdemeanor
    - ☐ Felony

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge_____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) Yes
    If yes, Judge Shaniek Mills Maynard____ Magistrate Case No. 25-mj-8368-SMM

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge_____ Case No._____

9.  Defendant(s) in federal custody as of 7/17/2025 (released on bond)

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
ALEXANDRA CHASE
Assistant United States Attorney
SDFL Court ID No.   A5501746

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**:  RONALD ALAN FRANKEL

**Case No**:  26-cr-80003-Middlebrooks/Matthewman

Count #: 1

Transportation of a minor with intent to engage in criminal sexual activity

18 U.S.C. § 2423(a)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**