UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

RONALD ALAN FRANKEL,

    Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

Could you please clarify the wording on the third part of the charge

"At the time of the transportation, Defendant intended that person referenced in the indictment would engage in <u>unlawful</u> sexual activity"

What makes it unlawful? Her age? Did he have to know she was underage?

PLEASE SIGN
PRINT: ____

DATE: 2/24/26

"Unlawful sexual activity" is sexual activity for which any person can be charged with a criminal offense. Under Florida law, it is a crime for a person 24 years of age or older to engage in sexual activity with a person 16 or 17 years of age, and it is not necessary for the Government to prove that the Defendant knew that the person was under the age of 18.

Don Middlebrooks