UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

RONALD ALAN FRANKEL,

    Defendant(s).

_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

Element #3 - requires that the Defendant <u>Intented</u> that the person (victim) would engage in unlawful sexual activity. How does this fit with Fla. law that says the Goverment does not need to prove that the Defendant knew she was underage of 18.

PLEASE SIGN
PRINT: ___

DATE: 2/24/26

The defendant has to intend to engage in sexual activity that is unlawful. Florida law makes it unlawful for a person 24 years of age or older to engage in sexual activity with a person 16 or 17 years of age.

Don Middlebrooks