UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

RONALD ALAN FRANKEL,

        Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

What happens if we ~~can~~ cannot reach a unanimous decision?
(Before we order lunch...?)

_____        2/25/26
PLEASE SIGN                         DATE
PRINT: _____

Please continue to deliberate in an effort to reach an unanimous verdict if you can do so.

Don Middlebrooks