UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   26-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

RONALD ALAN FRANKEL,

        Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

Could you clarify why the word "cause" is part of the clarification on p. 8 of our instructions (appears 2nd line, 3rd #)?

Does the word indicate that the defendant has to be the sole cause of her transport to be guilty? Or is it there to show the defendant doesn't have to literary transport her?

_____        2/25/26
PLEASE SIGN                               DATE
PRINT:

You must rely on the plain meaning of the word. I cannot provide further clarification

Don Middlebrooks